NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALEXSANDRO JOSEPH COLON,              )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-2961
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____ )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and
J. Rafael Rodriguez, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LaROSE, and SLEET, JJ., Concur.